PAUL L. REIN, Esq. (SBN 43053)
CELIA McGUINNESS, Esq. (SBN 159420)
CATHERINE M. CABALO, Esq. (SBN 248198)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787

Attorneys for Plaintiff
DAVID RUBSAMEN

MICHAEL D. BRUNO, Esq. (SBN 166805)
GORDON & REES LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415/986-5900
Facsimile: 415/986-8054

Attorneys for Defendants
BRADFORD PRESCOTT, M.D. and
ALPHA MEDICAL ASSOCIATES LLC

IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RUBSAMEN,<br><br>    Plaintiff,<br><br>v.<br><br>BRADFORD PRESCOTT, M.D.;<br>ALPHA MEDICAL ASSOCIATES<br>LLC; and DOES 1-10, Inclusive,<br><br>    Defendants.<br>_____/ | CASE NO. C11-1918 LB<br>Civil Rights<br><br>**CONSENT DECREE AND<br>[PROPOSED] ORDER** |

1.  Plaintiff DAVID RUBSAMEN filed a Complaint in this action on April 14, 2011, to obtain recovery of damages for his discriminatory experiences, denial of access, and denial of his civil rights, and to enforce provisions of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12101 *et seq.*, and California civil rights laws against defendants BRADFORD PRESCOTT, M.D. and ALPHA MEDICAL ASSOCIATES LLC, relating to the condition of

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. C11-1918 LB                                -1-                       S:\CASES\P\PRESCOTT\PLEADINGS\CONSENT DECREE.PL2.wpd

the public accommodation at 100 N. Wiget Lane in Walnut Creek. Plaintiff has alleged that defendants violated Title III of the ADA, California Civil Code §§ 51, 52, 54, 54.1, 54.3 and 55, and California Health & Safety Code §§ 19955 *et seq.*, by failing to provide full and equal access to their facilities at the medical office building at 100 N. Wiget Lane in Walnut Creek, California.

2. Defendants BRADFORD PRESCOTT, M.D. and ALPHA MEDICAL ASSOCIATES LLC, deny the allegations in the Complaint and by entering into this Consent Decree and Order do not admit liability to any of the allegations in Plaintiff's Complaint filed in this action. Plaintiff DAVID RUBSAMEN, defendants BRADFORD PRESCOTT, M.D. and ALPHA MEDICAL ASSOCIATES LLC, and all other current owners as of the date of this agreement of the subject property, hereinafter collectively, "the parties," hereby enter into this Consent Decree and Order for the purpose of resolving this lawsuit without the need for protracted litigation and without the admission of any liability.

**JURISDICTION:**

3. The parties to this Consent Decree and Order agree that the Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1331 for alleged violations of the Americans with Disabilities Act of 1990, 42 U.S.C. §§ 12101 *et seq.* and pursuant to supplemental jurisdiction for alleged violations of California Health & Safety Code §§ 19955 *et seq.*; Title 24, California Code of Regulations; and California Civil Code §§ 51, 52, 54, 54.1, 54.3, and 55.

4. In order to avoid the costs, expense, and uncertainty of protracted litigation, the parties to this Consent Decree agree to entry of this Order to resolve all claims regarding injunctive relief, damages, and attorney fees, litigation expenses, and costs, raised in the Complaint filed with this Court. Accordingly, they agree to the entry of this Order without trial or further adjudication of any

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. C11-1918 LB                    -2-                    S:\CASES\P\PRESCOTT\PLEADINGS\CONSENT DECREE.PL2.wpd

issues of fact or law concerning plaintiff's claims for injunctive relief, damages, and attorney fees, litigation expenses, and costs.

WHEREFORE, the parties to this Consent Decree and Order hereby agree and stipulate to the Court's entry of this Consent Decree and Order, which provides as follows:

**SETTLEMENT OF INJUNCTIVE RELIEF:**

5. This Consent Decree and Order shall be a full, complete, and final disposition and settlement of plaintiff's claims against defendants for injunctive relief that have arisen out of the subject Complaint. The parties agree that there has been no admission or finding of liability or violation of the ADA and/or California civil rights laws, and this Consent Decree and Order should not be construed as such.

6. The parties agree and stipulate that the corrective work will be performed in compliance with the standards and specifications for disabled access as set forth in the California Code of Regulations, Title 24-2, and Americans with Disabilities Act Accessibility Guidelines, unless other standards are specifically agreed to in this Consent Decree and Order.

7. **Remedial Measures and Timing of Injunctive Relief:**

The parties have jointly selected architect George Dedekian based on their knowledge of and respect for Mr. Dedekian's professional knowledge, abilities, experience and integrity, and have further agreed to the following procedures, all to be carried out at defendants' expense:

Mr. Dedekian has conducted an access survey of the subject premises located at 100 N. Wiget Lane in Walnut Creek, California, including the building, and its adjoining grounds and parking areas, and has prepared a comprehensive report and recommendations as to what access barrier removal is needed to make the subject premises fully compliant with current California Title 24 and federal

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. C11-1918 LB                    -3-                    S:\CASES\P\PRESCOTT\PLEADINGS\CONSENT DECREE.PL2.wpd

ADAAG access requirements. Defendants will implement all of Mr. Dedekian's recommendations for removal of all identified access barriers within nine months of receipt of Mr. Dedekian's report. A copy of this report has been provided to plaintiff's counsel Paul Rein, and is incorporated into this Consent Decree and Order as Attachment A.

Defendants also agree to thereafter maintain all access features in a safe and usable condition so long as defendants remain owners, operators, lessors or lessees of the subject property.

In the event that unforeseen difficulties prevent defendants from completing any of the agreed-upon injunctive relief, defendants or their counsel will notify plaintiff's counsel in writing within 15 days of discovering the delay. Defendants or their counsel will notify plaintiff's counsel when the corrective work is completed, and in any case will provide a status report no later than 120 days from the entry of this Consent Decree and Order.

**DAMAGES, ATTORNEY FEES, LITIGATION EXPENSES AND COSTS:**

8. The parties have reached an agreement regarding plaintiff's claims for damages: defendants have paid $20,000 to plaintiff in full satisfaction of plaintiff's claims for all damages, including personal injury, civil rights, and all other forms of damages. The parties have also reached an agreement regarding plaintiff's claims for attorney fees, litigation expenses, and costs: defendants will pay $17,106 to plaintiff's counsel in full satisfaction of plaintiff's claims for attorney fees, litigation expenses, and costs. Payments are to be received by plaintiff's counsel on or before September 26, 2011.

**ENTIRE AGREEMENT:**

9. This Consent Decree and Order constitutes the entire agreement between the signing parties on the matters of injunctive relief, damages, and

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. C11-1918 LB
-4-
S:\CASES\P\PRESCOTT\PLEADINGS\CONSENT DECREE.PL2.wpd

1 | attorney fees, litigation expenses, and costs.

**CONSENT DECREE AND ORDER BINDING ON PARTIES AND SUCCESSORS IN INTEREST:**

10.   This Consent Decree and Order shall be binding on the parties and all successors in interest. The parties have a duty to so notify all such successors in interest of the existence and terms of this Consent Decree and Order during the period of the Court's jurisdiction of this Consent Decree and Order.

**MUTUAL RELEASE AND WAIVER OF CIVIL CODE SECTION 1542 AS TO INJUNCTIVE RELIEF ONLY:**

11.   Each of the parties to this Consent Decree and Order understands and agrees that there is a risk and possibility that, subsequent to the execution of this Consent Decree and Order, any or all of them will incur, suffer or experience some further loss or damage with respect to the lawsuit which are unknown or unanticipated at the time this Consent Decree and Order is signed. Except for all obligations required in this Consent Decree and Order, the parties intend that this Consent Decree and Order apply to all such further loss with respect to the lawsuit, except those caused by the parties subsequent to the execution of this Consent Decree and Order. Therefore, except for all obligations required in this Consent Decree and Order, this Consent Decree and Order shall apply to and cover any and all claims, demands, actions and causes of action by the parties to this Consent Decree and Order with respect to the lawsuit, whether the same are known, unknown or hereafter discovered or ascertained, and the provisions of Section 1542 of the California Civil Code are hereby expressly waived. Section 1542 provides as follows:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [~~PROPOSED~~] ORDER
CASE NO. C11-1918 LB                    -5-                    S:\CASES\P\PRESCOTT\PLEADINGS\CONSENT DECREE.PL2.wpd

THE RELEASE, WHICH IF KNOWN BY HIM OR HER MUST HAVE MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR.

12. Except for all obligations required in this Consent Decree and Order, each of the parties to this Consent Decree and Order, on behalf of each, their respective agents, representatives, predecessors, successors, heirs, partners and assigns, releases and forever discharges each other Party and all officers, directors, shareholders, subsidiaries, joint venturers, stockholders, partners, parent companies, employees, agents, attorneys, insurance carriers, heirs, predecessors, and representatives of each other Party, from all claims, demands, actions, and causes of action of whatever kind or nature, presently known or unknown, arising out of or in any way connected with the lawsuit.

**TERM OF THE CONSENT DECREE AND ORDER:**

13. This Consent Decree and Order shall be in full force and effect for a period of twelve (12) months after the date of entry of this Consent Decree and Order, or until the injunctive relief contemplated by this Consent Decree and Order is completed, whichever occurs later. The Court shall retain jurisdiction of this action to enforce provisions of this Consent Decree and Order for twelve (12) months after the entry of this Consent Decree and Order, or until the injunctive relief contemplated by this Consent Decree Order is completed, whichever occurs later.

**SEVERABILITY:**

14. If any term of this Consent Decree and Order is determined by any court to be unenforceable, the other terms of this Consent Decree and Order shall nonetheless remain in full force and effect.

//
//

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. C11-1918 LB
-6-
S:\CASES\P\PRESCOTT\PLEADINGS\CONSENT DECREE.PL2.wpd

## SIGNATORIES BIND PARTIES:

15. Signatories on the behalf of the parties represent that they are authorized to bind the parties to this Consent Decree and Order. This Consent Decree and Order may be signed in counterparts and a facsimile signature shall have the same force and effect as an original signature.

Dated: September 15, 2011     Plaintiff David Rubsamen

*/s/ David Rubsamen*
David Rubsamen

Dated: September __, 2011     Defendants Bradford Prescott, M.D., and Alpha Medical Associates LLC

_____
Bradford Prescott, M.D.

APPROVED AS TO FORM:

Dated: September 14, 2011     LAW OFFICES OF PAUL L. REIN

*/s/ Paul L. Rein*
By PAUL L. REIN
Attorneys for Plaintiff
DAVID RUBSAMEN

Dated: September 15, 2011     GORDON & REES LLP

*/s/ Michael Bruno*
By MICHAEL BRUNO
Attorneys for Defendants BRADFORD PRESCOTT, M.D.; ALPHA MEDICAL ASSOCIATES LLC

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. C11-1918 LB

-7-

S:\CASES\P\PRESCOTT\PLEADINGS\CONSENT DECREE PL2.wpd

**SIGNATORIES BIND PARTIES:**

15. Signatories on the behalf of the parties represent that they are authorized to bind the parties to this Consent Decree and Order. This Consent Decree and Order may be signed in counterparts and a facsimile signature shall have the same force and effect as an original signature.

Dated: September __, 2011          Plaintiff David Rubsamen

                                   _____
                                   David Rubsamen

Dated: September 21, 2011          Defendants Bradford Prescott, M.D., and
                                   Alpha Medical Associates LLC

                                   _____
                                   Bradford Prescott, M.D.

APPROVED AS TO FORM:

Dated: September __, 2011          LAW OFFICES OF PAUL L. REIN


                                   _____
                                   By PAUL L. REIN
                                   Attorneys for Plaintiff
                                   DAVID RUBSAMEN


Dated: September __, 2011          GORDON & REES LLP


                                   _____
                                   By MICHAEL BRUNO
                                   Attorneys for Defendants BRADFORD
                                   PRESCOTT, M.D.; ALPHA MEDICAL
                                   ASSOCIATES LLC

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. C11-1918 LB                    -7-              S:\CASES\P\PRESCOTT\PLEADINGS\CONSENT DECREE.PL2.wpd

1  **ORDER**

2  Pursuant to stipulation, and for good cause shown, IT IS SO ORDERED.

3

4  Dated: October 28 , 2011

5  HON. LAUREL BEELER
United States Magistrate Judge

IT IS SO ORDERED
Judge Laurel Beeler

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. C11-1918 LB                              -8-                              S:\CASES\P\PRESCOTT\PLEADINGS\CONSENT DECREE.PL2.wpd